UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES WILLIAMS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>THE STOP & SHOP SUPERMARKET COMPANY, LLC and AHOLD DELHAIZE USA, INC.,<br><br>    Defendants. | Case No.:  1:24-cv-12055-JDH |

### ASSENTED TO MOTION TO ADMIT COUNSEL
### *PRO HAC VICE* (BRIAN D. FLICK)

Pursuant to Local Rule 83.5.3, the undersigned counsel, David Pastor, hereby moves the Court to enter an Order granting leave to Brian D. Flick to appear on behalf of the plaintiff, James Williams, and practice before this Court in the above-entitled civil action.

As grounds for this motion, the undersigned represents the following:

1. Mr. Flick has been a member in good standing of the bar of Ohio since 2007 and has also been admitted in other state and federal jurisdictions as set forth in his accompanying Certification and Exhibit A thereto.

2. There are no disciplinary proceedings against Mr. Flick as a member of the bar in any jurisdiction.

3. Mr. Flick has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts and that he agrees to comply with said rules.

4. Mr. Flick has not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

5. Mr. Flick has submitted herewith his Certification for Admission *Pro Hac Vice* as required by Local Rule 83.5.3.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

Undersigned counsel certifies that he has conferred with counsel for the defendants in a good faith effort to resolve or narrow the issues raised by this motion with the following result: counsel for the defendants indicated that the defendants assent to the relief sought by this motion.

Dated:   September 11, 2024                                          Respectfully submitted,

**PASTOR LAW OFFICE, PC**

*/s/ David Pastor*
David Pastor (BBO # 391000)
63 Atlantic Avenue, 3d Floor
Boston, MA 02110
Telephone: (617) 742-9700
Facsimile: (617) 742-9701
Email: dpastor@pastorlawoffice.com

*Plaintiff's Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 11, 2024.

                                      */s/ David Pastor*
                                      David Pastor