UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES WILLIAMS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE STOP & SHOP SUPERMARKET COMPANY, LLC and AHOLD DELHAIZE USA, INC., | Case No.:  Case No.: 1:24-cv-12055-JDH |

**BRIAN D. FLICK S CERTIFICATION FOR ADMISSION**
***PRO HAC VICE* PURSUANT TO LOCAL RULE 83.5.3 OF THE
UNITED STATES DISTRICT COURT FOR THE
<u>DISTRICT OF MASSACHUSETTS</u>**

Pursuant to Local Rule 83.5.3, of the United States District Court for the District of Massachusetts, I, Brian D. Flick, hereby certify that:

1. I am a partner in the law firm of Dann Law, 15000 Madison Avenue, Cleveland, Ohio 44107.

2. I am a member of the bar of the State of Ohio (April 2007), and the State of Kentucky (February 2013).

3. I am also admitted to practice in the federal jurisdictions listed on **Exhibit A** hereto.

4. I am in good standing in every jurisdiction where I have been admitted to practice.

5. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction where I am admitted to practice.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts, and I agree to comply with said rules.

7. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

Dated: September 11, 2024

*/s/ Brian D. Flick*
Brian D. Flick
**DANN LAW**
15000 Madison Avenue
Cleveland, OH 44107
Telephone: (216) 373-0539
Facsimile: (216) 373-0536
Email: notices@dannlaw.com

# EXHIBIT A

<u>Brian D. Flick</u>
Supplement to *Pro Hac Vice* Application in Case No. 1:24-cv-12055
*Williams v. The Stop & Shop Supermarket Company, LLC et al*

<u>Court Admissions</u>

**<u>State Admissions:</u>**

a. State of Ohio, April 2007
b. State of Kentucky, February 2013

**<u>Federal Admissions:</u>**

a. United States Court of Appeals for the Sixth Circuit, 2016
b. United States District Court for the Northern District of Ohio, 2014
c. United States District Court for the Southern District of Ohio, 2007
d. United States District Court for the District of Colorado, 2020
e. United States District Court for the Northern District of Illinois, 2016
f. United States District Court for the Northern District of Indiana, 2016
g. United States District Court for the Southern District of Indiana, 2020
h. United States District Court for the Eastern District of Kentucky, 2013
i. United States District Court for the Western District of Kentucky, 2015
j. United States District Court for the Eastern District of Michigan, 2016
k. United States District Court for the Western District of Michigan, 2020
l. United States District Court for the Eastern District of Tennessee, 2015
   United States District Court for the Western District of Tennessee, 2019