UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES WILLIAMS, Individually and On Behalf of All Others Similarly Situated,<br>　　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>THE STOP & SHOP SUPERMARKET COMPANY, LLC and AHOLD DELHAIZE USA, INC.,<br>　　　　　　　　Defendants. | Civil Action No.  1:24-cv-12055-JEK |

## DEFENDANTS' PARTIAL MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendants The Stop & Shop Supermarket Company, LLC and Ahold Delhaize USA, Inc. (collectively, "Defendants"), hereby respectfully move to dismiss the claims for injunctive relief and unjust enrichment in the Amended Complaint filed by plaintiff James Williams ("Plaintiff") with prejudice.

As is set forth more fully in Defendants' accompanying Memorandum of Law, Plaintiff brings claims against Defendants for alleged violations of M.G.L. c. 93A, §2 ("Chapter 93A"), the Connecticut Unfair Trade Practices Act, C.G.S. 42-110a, *et seq. Id.* ¶¶ 44-62 ("CUTPA"), and for unjust enrichment. Plaintiff also seeks injunctive relief. Plaintiff's claim for injunctive relief should be dismissed pursuant to Rule 12(b)(1) as Plaintiff lacks standing to assert the claim.  In addition, Plaintiff's claim for unjust enrichment must be dismissed under Rule 12(b)(6) for failure to state a claim for relief.

WHEREFORE, for the foregoing reasons and those detailed in Defendants' accompanying Memorandum of Law, Defendants respectfully request that the Court allow Defendants' motion and that Plaintiff's claims for injunctive relief and unjust enrichment be dismissed with prejudice pursuant to Rules 12(b)(1) and 12(b)(6).

Dated: November 19, 2024                    Respectfully submitted,

                                                   **THE STOP & SHOP SUPERMARKET COMPANY, LLC AND AHOLD DELHAIZE USA, INC.,**

                                                   By their attorneys,

By:  */s/ Christopher M. Pardo*
        Christopher M. Pardo (BBO# 674674)
        HUNTON ANDREWS KURTH LLP
        60 State Street, Suite 2400
        Boston, MA 02109
        Tel.: (617) 648-2800
        Fax: (617) 433-5022
        cpardo@HuntonAK.com

        Katherine P. Sandberg (CA# 301117)
        *(Admitted Pro Hac Vice)*
        HUNTON ANDREWS KURTH LLP
        2200 Pennsylvania Avenue NW
        Washington, DC 20037
        Tel.: (202) 778-2034
        Fax: (202) 778-2201
        ksandberg@HuntonAK.com


## **CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)**

I, Katherine P. Sandberg, counsel for Defendant, hereby certify that on November 8, 2024, I conferred with David Pastor and Brian Flick, counsel for Plaintiff, via telephone in a good faith attempt to resolve or narrow the issues presented in this motion, but that the efforts were unsuccessful.

                                                         */s/ Katherine P. Sandberg*
                                                         Katherine P. Sandberg

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of November, a true and correct copy of this document was electronically filed with the Clerk of Court through the ECF System and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") pursuant to Local Rule 5.4(c).

/s/ Christopher M. Pardo
Christopher M. Pardo

074487.0002260 DMS 308502673v1